UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00123

———

**Rhonda K. Sallie,**
*Plaintiff,*

v.

**Mother Frances Hospital—Jacksonville et al.,**
*Defendants.*

———

**ORDER**

Plaintiff filed this action against defendants for alleged injuries suffered during a hospital stay. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's complaint without prejudice for failure to prosecute. Doc. 8 at 1. Neither party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Any pending motions are denied as moot.

*So ordered by the court on May 12, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -